## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **BERNICE NEWMAN,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:11-CV-02765** |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, F/K/A BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE AAMES MORTGAGE TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2001-1; BANK OF AMERICA, N.A.; NATIONWIDE TRUSTEE SERVICES, INC. and WILSON & ASSOCIATES, P.L.L.C.,** | |
| **Defendants.** | |

### AGREED ORDER RESCINDING TRUSTEE'S SALE AND SETTING ASIDE TRUSTEE'S DEED; REVIVING AND REINSTATING THE ORIGINAL DEED OF TRUST AND DISMISSAL OF CASE WITH PREJUDICE

Counsel for the all of the Parties to this action, as evidenced by their signatures below, respectfully submit the following agreement:

1.    The Trustee's Sale conducted on May 19, 2011, by Nationwide Trustee Services, Inc., Successor Trustee, is rescinded in its entirety as to the following real property in Shelby County, Tennessee:

> Lot 140, Section D, Kenrick Subdivision, of record in Plat Book 35, page 30, of the Register's Office of Shelby County, Tennessee, to which reference is here made for a more particular description thereof.

> Being the same property conveyed to Bernice Newman by Deed recorded December 16, 1971 as Document No. G6 0461, in the Register's Office for Shelby County, Tennessee.

993183:1:NASHVILLE

Commonly known as: 4448 Whiteside Street, Memphis, Tennessee 38109.

Tax Parcel No. 076-0500-0-00011-0.

2.    The Trustee's Deed dated May 19, 2011, and being recorded as Instrument No. 11057101 in the Register's Office for Shelby County, Tennessee, is set aside and is of no force or effect.

3.  This Order shall be filed for record in the Register's Office for Shelby County, Tennessee upon the Order becoming final thirty (30) days from entry by this Court.

4.  The Parties agree that this Order revives and reinstates the Original Deed of Trust executed by Bernice Newman on January 17, 2001, of record as Instrument No. KU6567 in the Register's Office for Shelby County, Tennessee (the "Deed of Trust"), and thereby fully reinstates the terms and conditions of the Deed of Trust and the promissory note secured by the Deed of Trust as originally contemplated, agreed upon, and entered into by Newman on said date, with the exception of any loan modification agreement the Parties have agreed to and have executed or will execute.  Newman expressly agrees that she shall make her mortgage payments as set forth in the loan documents.

5.  All parties stipulate that the individuals affixing their names to this Order are doing so in their representative capacities for their respective clients and are fully authorized by said clients to bind them by signing and executing this agreement and that with the entry of this Agreed Order this action shall be dismissed with prejudice.

**ENTERED** this the _____ day of _____, 2013.

_____
S. THOMAS ANDERSON
UNITED STATES JUDGE

APPROVED FOR ENTRY:


/s/ Steven E. Barlow_____
Webb A. Brewer
Steven E. Barlow (BPR No. 23498)
Brewer & Barlow, P.L.C.
1755 Kirby Parkway, Suite 110
Memphis, TN 38120
(901) 866-1653 (phone)
webb@brewerbarlow.com
steve@brewerbarlow.com
*Counsel for Plaintiff*


/s/ Paul Allen England_____
Paul Allen England (BPR No. 026288)
Stites & Harbison, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, Tennessee  37219
(615) 782-2200 (phone)
(615) 742-0705 (fax)
*paul.england@stites.com*

*Counsel for Defendants Bank of America, N.A. and Deutsche Bank National Trust Company*


/s/ Jerry Morgan_ (w/permission by Paul Allen England)
Jerry Morgan
Wilson & Associates, P.L.L.C.
8 Cadillac Dr., Suite 120
Brentwood, TN 37027
(615) 255-9388 (phone)
jmorgan@wilson-assoc.com
*Counsel for Defendant Wilson & Associates, PLLC*


/s/ Lori L. McGowan (w/permission by Paul Allen England)
Lori L. McGowan
JOHNSON & FREEDMAN, LLC
1587 Northeast Expressway
Atlanta, GA 30329
llmcgowan@msplaw.com
*Counsel for Nationwide Trustee Services, Inc.*


993183:1:NASHVILLE                           3