## UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**BERNICE NEWMAN**                                    **JUDGMENT IN A CIVIL CASE**

v.

**DEUTSCHE BANK NATIONAL TRUST**                      **CASE NO: 11-2765-A**
**COMPANY, F/K/A BANKERS TRUST**
**COMPANY OF CALIFORNIA, N.A., AS**
**TRUSTEE FOR THE BENEFIT OF THE**
**CERTIFICATE HOLDERS OF THE**
**AAMES MORTGAGE TRUST, MORTGAGE**
**PASS THROUGH CERTIFICATES,**
**SERIES 2001-1; BANK OF AMERICA, N.A.;**
**NATIONWIDE TRUSTEE SERVICES, INC.,**
**and WILSON & ASSOCIATES, P.L.L.C.**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Agreed Order Rescinding Trustee's Sale And Setting Aside Trustee's Deed; Reviving And Reinstating The Original Deed Of Trust And Dismissal Of Case With Prejudice entered on June 13, 2013, this cause is hereby dismissed with prejudice.


APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 7/18/2013                              THOMAS M. GOULD
                                             Clerk of Court


                                             s/Terry L. Haley
                                             (By)  Deputy Clerk